1 | M. RANDALL OPPENHEIMER (S.B. #77649)
roppenheimer@omm.com
2 | DAWN SESTITO (S.B. #214011)
dsestito@omm.com
3 | O'MELVENY & MYERS LLP
400 South Hope Street
4 | Los Angeles, California 90071-2899
Telephone: (213) 430-6000
5 | Facsimile: (213) 430-6407

6 | *Attorneys for Defendant*
EXXON MOBIL CORPORATION

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN

| | |
|---|---|
| MONIQUE GUTIERREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EXXON MOBIL CORPORATION, et al., <br><br> Defendants. | CV 17-2268-JFW <br><br> **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> **[FED. R. CIV. P. 41(A)(1)(II)]** <br><br> Judge: Hon. John F. Walter <br> Courtroom: 7A <br> Complaint Filed: Feb. 21, 2017 <br> Trial Date: Vacated |

This Matter came before the Court on Plaintiffs Monique Gutierrez, Ryan Barrios, and Latosha Padilla, individually and as guardian ad litem for J.P., J.P., and K.P., and Defendant Exxon Mobil Corporation's Joint Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Pursuant to the parties' joint stipulation and confidential settlement agreement, it is hereby ORDERED that the above-captioned action, including all claims asserted by Plaintiffs against Defendant, be and hereby is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: July 26, 2018

_____
The Honorable John F. Walter
United States District Judge